UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALAYNA SAUNDERS & MADISON PITT,<br><br>Plaintiffs,<br><br>vs.<br><br>McDONALD'S OF KEYSTONE and DOES I-X,<br><br>Defendants. | Case No.: 3:20-cv-00065-LRH-CLB<br><br>**STIPULATION AND<br>ORDER TO DISMISS WITH PREJUDICE** |

Plaintiffs, ALAYNA SAUNDERS & MADISON PITT, and Defendant, McDONALD'S OF KEYSTONE, by and through their respective counsel of record, hereby stipulate and respectfully request an order dismissing the entire action with prejudice.

*//*

*//*

*//*

*//*

*//*

*//*

*//*

*//*

*//*

Each party shall bear its own costs and fees for the claims dismissed by this Stipulation and Order.

Dated this 28th day of May, 2021.  
MARK MAUSERT LAW OFFICE

 /s/ Mark Mausert  
MARK MAUSERT  
729 Evans Avenue  
Reno, NV 89512

*Attorney for Plaintiffs*

Dated this 28th day of May, 2021.  
ALVERSON TAYLOR & SANDERS

 /s/ Trevor Waite  
KURT BONDS  
TREVOR WAITE  
6605 Grand Montecito Parkway, Suite 200  
Las Vegas, Nevada 89149

*Attorneys for Defendant*

**IT IS SO ORDERED.**

DATED this 1st day of June, 2021.

_____  
LARRY R. HICKS  
UNITED STATES DISTRICT JUDGE